# EXHIBIT A

```
WHITE & CASE LLP
BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
BRIDGET A. FREEMAN (SBN 293415)
brady.freeman@whitecase.com
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
```

Attorneys for Defendant
MSI COMPUTER CORPORATION

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| COLIN MCGUIRE,<br><br>          Plaintiffs,<br><br>v.<br><br>MSI COMPUTER CORPORATION;<br>MICRO-STAR ITNERNATIONAL CO.,<br>LTD., Does 1 to 10,<br><br>          Defendants. | Case No. C17-00276<br><br>**NOTICE OF REMOVAL TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF CONTRA COSTA**<br><br>Complaint Filed:  February 15, 2017 |

TO THE CLERK OF THE SUPERIOR COURT:

Defendant MSI Computer Corporation ("MSI") hereby gives notice that it filed the attached Notice of Removal and supporting Declaration of Andy Tung concerning this action in the United States District Court for the Northern District of California on March 24, 2017.  MSI removed this action to the United States District Court under 28 U.S.C. §§ 1332(a), 1441(a), and 1453(b).

Dated:  March 24, 2017

WHITE & CASE LLP

By: _____
      Bridget A. Freeman

Attorneys for Defendant
MSI COMPUTER CORPORATION

- 1 -